IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

NO. 22-1877

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

-vs-

MYKAEL LEE BOOKER,
Defendant-Appellant.

_____

**UNOPPOSED MOTION
TO HOLD BRIEFING SCHEDULE IN ABEYANCE**

Mykael Lee Booker, by his undersigned counsel, respectfully moves this Honorable Court for entry of an Order holding this matter in abeyance pending a decision by this Court in *United States v. Wilkes*, No. 22-1436. The government concurs on the relief sought by this motion.

In support of this motion, Mr. Booker states:

1. Mykael Lee Booker, received a total sentence of 180 months' imprisonment followed by a four-year term and two three-year terms of supervised release, all to run concurrently, after pleading guilty to one count of conspiracy to distribute and possess with intent to distribute cocaine in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B)(ii), one count of possession with intent to distribute

cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and one count of being a felon in possession of ammunition in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), 921(a), and 924(e). Mr. Booker was sentenced as an armed career criminal.

2. Mr. Booker was represented in the district court by another attorney from the Office of the Federal Public Defender. Undersigned counsel was assigned to represent Mr. Booker on appeal.

3. Among the issues to be raised in this appeal is whether a prior Michigan conviction for "Delivery/Manufacture Less Than 50 Grams" of cocaine qualifies as a "serious drug offense" for purposes of the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(c)(2)(A). Mr. Booker preserved this issue at sentencing.

4. In *Wilkes*, the same issue was raised, also regarding prior Michigan convictions involving cocaine under the ACCA. The Court heard oral argument in *Wilkes* on January 12, 2023.

5. It is likely that a decision in *Wilkes* will be published, thereby resolving this issue. That decision is likely to be highly instructive in resolving the instant appeal. Holding the briefing schedule in this appeal in abeyance pending a decision in *Wilkes* will result in a more efficient use of the Court's and the parties' resources.

6.  On February 24, 2023, undersigned counsel sought concurrence in the relief sought by this motion from Assistant United States Attorney Austin J. Hakes, counsel for the government. Mr. Hakes advised the undersigned that the government concurs in the relief sought by this motion.

For all of the above reasons, Mykael Lee Booker respectfully requests this Honorable Court to grant his motion and hold the briefing schedule in this matter in abeyance pending a decision by this Court in *United States v. Wilkes*, No. 22-1436.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated: February 24, 2023

/s/ Paul L. Nelson
PAUL L. NELSON
Assistant Federal Public Defender

**CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the attached motion was filed electronically on February 24, 2023, and that a copy was served upon opposing counsel through the Court's electronic filing system.

/s/ Paul L. Nelson
PAUL L. NELSON
Assistant Federal Public Defender