IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
_____

NO. 22-1877

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

-vs-

MYKAEL LEE BOOKER,
Defendant-Appellant.

_____

**STATUS REPORT**

Pursuant to the Court's Order dated February 27, 2023, Mykael Lee Booker submits this Status Report. The Court has not issued a decision in *United States v. Wilkes*, No. 22-1436. Mr. Booker will file another Status Report in 30 days or when a decision in *United States v. Wilkes* is issued, whichever is earlier.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | SHARON A. TUREK<br>Federal Public Defender |
| Dated: March 29, 2023 | /s/ Paul L. Nelson<br>PAUL L. NELSON<br>Assistant Federal Public Defender |

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the attached motion was filed electronically on March 29, 2023, and that a copy was served upon opposing counsel through the Court's electronic filing system.

/s/ Paul L. Nelson
PAUL L. NELSON
Assistant Federal Public Defender
