IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
_____

NO. 22-1877

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

-vs-

MYKAEL LEE BOOKER,
Defendant-Appellant.

_____

**MOTION TO EXTEND TIME TO FILE STATUS REPORT**

Pursuant to the Court's Order dated February 27, 2023, a Status Report was due on April 28, 2023. Due to counsel's responsibilities on other matters pending before the Court, including the filing of four principal briefs in a three-week period, counsel failed to file a Status Report on time. For this reason, Mykael Lee Booker respectfully requests leave to file the Status Report submitted contemporaneously with this Motion.

The Court has not issued a decision in *United States v. Wilkes*, No. 22-1436. Mr. Booker will file another Status Report in 30 days or when a decision in *United States v. Wilkes* is issued, whichever is earlier.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

Dated: May 8, 2023       /s/ Paul L. Nelson
PAUL L. NELSON
Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

It is hereby certified that a copy of the attached motion to extend time to file status report was filed electronically on May 8, 2023, and that a copy was served upon opposing counsel through the Court's electronic filing system.

/s/ Paul L. Nelson
PAUL L. NELSON
Assistant Federal Public Defender