IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
_____

NO. 22-1877

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

-vs-

MYKAEL LEE BOOKER,
Defendant-Appellant.

_____

**MOTION TO WITHDRAW AS COUNSEL
DUE TO CONFLICT OF INTEREST**

Pursuant to Sixth Circuit Rule 12(c)(4)(D), undersigned counsel for Mykael Lee Booker moves this Honorable Court for leave to withdraw as counsel due to an apparent impermissible conflict of interest. In support of this motion, undersigned counsel states as follows:

1.  Mykael Lee Booker received a total sentence of 180 months' imprisonment followed by a four-year term and two three-year terms of supervised release, all to run concurrently, after pleading guilty to one count of conspiracy to distribute and possess with intent to distribute cocaine in violation of 21 U.S.C. §§

1

846, 841(a)(1), and 841(b)(1)(B)(ii), one count of possession with intent to distribute cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and one count of being a felon in possession of ammunition in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), 921(a), and 924(e). Mr. Booker was sentenced as an armed career criminal.

2.  Mr. Booker was represented in the district court by another attorney from the Office of the Federal Public Defender. Undersigned counsel was assigned to represent Mr. Booker on appeal.

3.  On May 9, 2025, counsel had a telephone conference with Mr. Booker during which Mr. Booker stated that he wished to raise issues on appeal pertaining to the representation he received in the district court. The issues raised by Mr. Booker likely would require counsel to review the representation provided to Mr. Booker in the district court.

4.  Mr. Booker instructed counsel to file a motion to withdraw and ask the Court to appoint replacement counsel not affiliated with the Office of the Federal Public Defender.

5.  Because undersigned counsel also is on the staff of the Office of the Federal Public Defender for the Western District of Michigan, undersigned counsel believes an apparent impermissible conflict of interest exists which requires counsel

to seek to withdraw his appearance on behalf of Mr. Booker. *See* Michigan Rules of Professional Conduct 1.7(b), 1.10. Under the circumstances, and particularly in light of the lengthy sentence he received, Mr. Booker's interests would best be served if he is represented by counsel not affiliated with the Office of the Federal Public Defender.

Wherefore, the undersigned respectfully requests this Honorable Court grant this motion, allow the undersigned to withdraw as counsel for Defendant-Appellant, and appoint replacement counsel for Defendant-Appellant Mykael Lee Booker.

Respectfully submitted,

SEAN R. TILTON
Federal Public Defender

/s/ Paul L. Nelson

Dated: May 9, 2025

PAUL L. NELSON
Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was filed electronically on May 9, 2025, and that a copy was made upon opposing counsel through the Court's CM/ECF system. In addition, a copy was sent to Mykael Lee Booker by first class mail addressed as follows:

**LEGAL MAIL – Please Open Only**
**in the Presence of Inmate**
Mr. Mykael Lee Booker, Register #18805-509
**FCI MCKEAN**
**Federal Correctional Institution**
P.O. Box 8000
Bradford, PA 16701


    /s/ Paul L. Nelson
PAUL L. NELSON
Assistant Federal Public Defender

**NOTICE: Pursuant to 6th Cir. R. 12(c)(4)(D), defendant-appellant Mykael Lee Booker is hereby given notice that he has fourteen (14) days from the date of service in which to file a response with the United States Court of Appeals for the Sixth Circuit at 100 East Fifth Street, Room 532, Potter Stewart United States Courthouse, Cincinnati, Ohio 45202-3988.**