**Case No. 22-1877**

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

MYKAEL BOOKER,

*Defendant-Appellant.*

---

**MOTION TO EXTEND DEADLINE FOR APPELLANT'S PRINCIPAL BRIEF**

---

Pursuant to Rule 26 of the Federal Rules of Appellate Procedure, and corresponding provisions of the Sixth Circuit Rules, the undersigned counsel respectfully requests a 30-day extension of time to prepare and file Appellant's Principal Brief. This is the first such request for an extension by the undersigned counsel, who recently accepted the Court's appointment in this matter, and it is reasonably necessary to accommodate her current schedule and case load.

Date: August 18, 2025

Respectfully submitted,

By: /s/ *Agatha M. Cole*

Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Appellant-Defendant,*
*Mykael Booker*