Case No. 22-1877

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

MYKAEL BOOKER,

*Defendant-Appellant*.

**MOTION TO EXTEND DEADLINE FOR APPELLANT'S PRINCIPAL BRIEF**

Pursuant to Rule 26 of the Federal Rules of Appellate Procedure, and corresponding provisions of the Sixth Circuit Rules, the undersigned counsel respectfully requests a second 30-day extension of time to file Appellant's Principal Brief, which is reasonably necessary in light of her current case load, and due to an unanticipated delay in scheduling attorney calls with the facility where Appellant is presently incarcerated.

Date: September 18, 2025

Respectfully submitted,

By: /s/ *Agatha M. Cole*

Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Appellant-Defendant,*
*Mykael Booker*