# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: November 03, 2025

Ms. Agatha M. Cole  
Beverly  
43 W. 43rd Street  
Suite 159  
New York, NY 10036

 Re: Case No. 22-1877  
   *USA v. Mykael Booker*  
   Originating Case No. 1:20-cr-00189-4

Dear Counsel,

The Court issued the enclosed Order today in this case.

       Sincerely yours,

       s/Kelly Stephens  
       Appeal Case Manager: Robin  
       Direct Dial No. 513-564-7014

cc: Mr. Austin J. Hakes

Enclosure