# Case No. 22-1877

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

MYKAEL BOOKER,

*Defendant-Appellant.*

---

**RESPONSE TO SHOW CAUSE ORDER AND REQUEST FOR ADDITIONAL 30-DAY EXTENSION TO FILE APPELLANT'S PRINCIPAL BRIEF**

---

The undersigned counsel respectfully submits as follows, in response to the show cause Order entered by this Court on November 3, 2025:

1. On June 10, 2025, this Court entered an Order appointing the undersigned counsel to represent the Appellant in this matter pursuant to the Criminal Justice Act [CM/ECF No. 60]. The undersigned counsel entered her appearance shortly thereafter, on June 30, 2025 [CM/ECF No. 62], and the original deadline for Appellant's brief was set for August 18, 2025 [CM/ECF No. 65].

2. The undersigned counsel has since requested two extensions of that deadline, both of which were granted in light of counsel's case load and unanticipated delays in scheduling attorney calls with the facility where Appellant is presently incarcerated.

3. In the most recent of those Orders, the briefing schedule was reset to October 17, 2025 for the appellant's brief, and November 17, 2025, for appellee's brief [CM/ECF No. 69]. Due to an administrative error, however, the deadline for appellant's brief was mistakenly logged on the undersigned counsel's firm calendar as November 17, 2025 (*i.e.,* the appellee's deadline), at which point she intended to request another modest extension of the briefing schedule.

4. Accordingly, the undersigned counsel now hereby respectfully requests one final 30-day extension of the briefing schedule, such that Appellant's brief would be filed no later than December 11, 2025. This is the third such request for an extension since the undersigned accepted the Court's appointment to this matter and it is reasonably necessary to perfect the appeal.

Date: November 10, 2025

Respectfully submitted,

By: /s/ *Agatha M. Cole*
Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Appellant-Defendant,*
*Mykael Booker*