Case No. 22-1877

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

MYKAEL BOOKER,

*Defendant-Appellant.*

**RESPONSE TO SHOW CAUSE ORDER; MOTION FOR ADDITIONAL 30-DAY EXTENSION TO FILE APPELLANT'S PRINCIPAL BRIEF** [1]

Pursuant to the show cause Order entered by this Court on November 3, 2025, the undersigned counsel respectfully submits as follows:

1. On June 10, 2025, this Court entered an Order appointing the undersigned counsel to represent the Appellant in this matter pursuant to the Criminal Justice Act [CM/ECF No. 60]. The undersigned counsel entered her appearance shortly thereafter, on June 30, 2025 [CM/ECF No. 62], and the original deadline for Appellant's brief was set for August 18, 2025 [CM/ECF No. 65].

2. The undersigned counsel has since requested two extensions of that deadline, both of which were granted in light of counsel's case load and unanticipated

---

[1] Originally filed on November 10, 2025 [CM/ECF 71]; corrected and re-filed pursuant to clerk's directives in response to original filing.

delays in scheduling attorney calls with the facility where Appellant is presently incarcerated.

3.   In the most recent of those Orders, the briefing schedule was reset to October 17, 2025 for the appellant's brief, and November 17, 2025, for appellee's brief [CM/ECF No. 69]. Due to an administrative error, however, the deadline for appellant's brief was mistakenly logged on the undersigned counsel's firm calendar as November 17, 2025 (*i.e.,* the appellee's deadline), at which point she intended to request another modest extension of the briefing schedule.

4.   Accordingly, the undersigned counsel now hereby respectfully requests another 30-day extension of the briefing schedule, setting the deadline for Appellant's brief thirty (30) day out from the date of entry approving the instant motion. would be filed no later than December 11, 2025. This is the third such request for an extension since the undersigned counsel was appointed to this matter, and it is reasonably necessary to perfect the appeal.

Date: November 14, 2025

                                           Respectfully submitted,

By:   /s/ *Agatha M. Cole*
       Agatha M. Cole
       BEVERLY PLLC
       43 West 43rd Street, Suite 159
       New York, NY 10036
       (828) 773-2628
       agatha@beverlypllc.com

*Counsel for Appellant-Defendant,*
                    *Mykael Booker*