Case No. 22-1877

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

MYKAEL BOOKER,

*Defendant-Appellant*.

**MOTION FOR EXTENSION TO FILE CORRECTED BRIEF**

Pursuant to guidance from the clerk's office, the undersigned counsel hereby moves for a seven-day extension of the deadline for filing the requested corrections to the Appellant's Principal Brief at CM/ECF No. 75, and to excuse the slight delay in responding to that request. A corrected version of the brief was filed on this date of December 30, 2025, and is now presently docketed as CM/ECF No. 76.

Respectfully submitted,

By: /s/ *Agatha M. Cole*

Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Appellant-Defendant,*
*Mykael Booker*