UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-1877**

Case Title: **United States of America** vs. **Mykael Lee Booker**

List all clients you represent in this appeal:

**United States of America**

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☒ Appellee   ☐ Respondent  ☐ Intervenor     (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kathryn M. Dalzell**   Signature: s/ **Kathryn M. Dalzell**

Firm Name: **U.S. Attorney's Office**

Business Address: **330 Ionia Avenue, NW, Suite 501**

City/State/Zip: **Grand Rapids, MI 49503**

Telephone Number (Area Code): **(616) 456-2404**

Email Address: **kathryn.dalzell@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17