# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

No. 22-1877

v.

MYKAEL LEE BOOKER,

    Defendant-Appellant.

_____/

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

The United States of America, by and through its attorneys, Timothy VerHey, United States Attorney for the Western District of Michigan, and John J. Schoettle, Assistant United States Attorney, moves this Court for an extension of time to file its brief on appeal for the following reasons:

1. The brief of the United States is currently due on February 12, 2026.

2. This is the first request for an extension of time made by Appellee. Appellant was granted 3 extensions, totaling 97 days, to file his brief.

3. The issues that Appellant raises are important and require a response that fully addresses the legal and factual issues presented. This appeal has recently been reassigned to the undersigned counsel, who requires additional time to familiarize himself with the record and issues on appeal.

4. To provide the Court with a comprehensive review of the record and the law, the United States seeks this 30-day extension of time.

WHEREFORE, for the reasons set forth above, the United States respectfully requests an extension to file its brief to and including Monday, March 16, 2026.

                                              Respectfully submitted,

                                              TIMOTHY VERHEY
                                              United States Attorney

Date: February 11, 2026        */s/ John J. Schoettle*
                                              JOHN J. SCHOETTLE
                                              Assistant United States Attorney
                                              P.O. Box 208
                                              Grand Rapids, Michigan 49501-0208
                                              (616) 456-2404