# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

                                    No. 22-1877

    Plaintiff-Appellee,

v.

MYKAEL LEE BOOKER,

    Defendant-Appellant.
_____/

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

The United States of America, by and through its attorneys, Timothy VerHey, United States Attorney for the Western District of Michigan, and John J. Schoettle, Assistant United States Attorney, moves this Court for an extension of time to file its brief on appeal for the following reasons:

    1.    The brief of the United States is currently due on March 16, 2026.

    2.    This is the second request for an extension of time made by Appellee. Appellant was granted 3 extensions, totaling 97 days, to file his brief.

3. The issues that Appellant raises are important, and more time is needed to prepare and finalize a response that fully addresses the legal and factual issues presented.

4. To provide the Court with a comprehensive review of the record and the law, the United States seeks this 14-day extension of time.

WHEREFORE, for the reasons set forth above, the United States respectfully requests an extension to file its brief to and including Monday, March 30, 2026.

    Respectfully submitted,

    TIMOTHY VERHEY
    United States Attorney

Date: March 13, 2026    */s/ John J. Schoettle*
    JOHN J. SCHOETTLE
    Assistant United States Attorney
    P.O. Box 208
    Grand Rapids, Michigan 49501-0208
    (616) 456-2404