UNITED STATES OF AMERICA,

No. 22-1877

    Plaintiff-Appellee,

v.

MYKAEL LEE BOOKER,

    Defendant-Appellant.

_____/

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

The United States of America, by and through its attorneys, Timothy VerHey, United States Attorney for the Western District of Michigan, and John J. Schoettle, Assistant United States Attorney, moves this Court for an extension of time to file its brief on appeal for the following reasons:

1.    The brief of the United States is currently due on March 30, 2026.

2.    This is the third request for an extension of time made by Appellee. Appellant was granted 3 extensions, totaling 97 days, to file his brief.

3. The issues that Appellant raises are important and require a response that fully addresses the legal and factual issues presented.

4. Counsel for the United States has drafted a response brief. It is the policy of counsel's office to have every brief reviewed prior to filing in the Sixth Circuit, and additional time is needed to facilitate that internal review.

5. To provide the Court with a comprehensive review of the record and the law, the United States seeks this 7-day extension of time.

WHEREFORE, for the reasons set forth above, the United States respectfully requests an extension to file its brief to and including Monday, April 6, 2026.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: March 27, 2026

*/s/ John J. Schoettle*
JOHN J. SCHOETTLE
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404