**Case No. 22-1877**

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

MYKAEL BOOKER,

*Defendant-Appellant.*

---

## MOTION TO EXTEND DEADLINE FOR APPELLANT'S REPLY BRIEF

Pursuant to Rule 26 of the Federal Rules of Appellate Procedure and corresponding provisions of the Sixth Circuit Rules, the undersigned counsel respectfully requests a 30-day extension of time to file Appellant's Reply Brief. The extension is necessary to ensure that all arguments raised in the Government's brief are addressed comprehensively, in light of recent and anticipated developments in the law since the opening brief was filed.

Date: April 27, 2026

Respectfully submitted,

By: /s/ *Agatha M. Cole*

Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Appellant-Defendant,*
*Mykael Booker*