# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: April 28, 2026

Ms. Agatha M. Cole
Beverly
43 W. 43rd Street
Suite 159
New York, NY 10036

Re: Case No. 22-1877
*USA v. Mykael Booker*
Originating Case No. 1:20-cr-00189-4

Dear Counsel,

The appellant's motion for a 30-day extension of time to file the reply brief has been GRANTED. The reply brief is now due **May 27, 2026**. Further extensions of time are unlikely to be granted.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Robin
Direct Dial No. 513-564-7014

cc: Ms. Kathryn M. Dalzell
Mr. Austin J. Hakes
Mr. John Jordan Schoettle