Case No. 22-1877

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

———————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

MYKAEL BOOKER,

*Defendant-Appellant.*

---

## MOTION TO EXTEND DEADLINE FOR APPELLANT'S REPLY BRIEF

---

Pursuant to Rule 26 of the Federal Rules of Appellate Procedure and corresponding provisions of the Sixth Circuit Rules, the undersigned counsel respectfully requests another 30-day extension of the deadline for filing Appellant's Reply Brief. This extension is being sought in anticipation of the Supreme Court's pending decision on the constitutionality of 18 U.S.C. § 922(g) in *United States v. Hemani* (No. 24-1234). The government has been apprised of this request and consents to the extension.

Date: May 27, 2026

Respectfully submitted,

By:   /s/ *Agatha M. Cole*
Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Appellant-Defendant,*
*Mykael Booker*