**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 28, 2026

**<u>Notice</u>**

Ms. Agatha M. Cole
43 W. 43rd Street, Suite 159
New York, NY 10036

Mr. John Jordan Schoettle
Office of the U.S. Attorney
for the Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, MI 49503

          Re:  No. 22-1877
               *USA v. Mykael Booker*

Dear Counsel:

   The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Wednesday, July 29, 2026**. You will be promptly advised of the Court's decision, or any other order or directive it may issue.

                              Sincerely yours,

                              s/Robin L. Johnson
                              Calendar Deputy

cc: Ms. Kathryn M. Dalzell
    Mr. Austin J. Hakes