Case No. 22-1877

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MYKAEL LEE BOOKER

      Defendant - Appellant

Upon consideration of the Appellant's motion to extend time to file the reply brief,

It is **ORDERED** that the motion be and it hereby is **DENIED**.

                                    **ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: June 01, 2026