

Agatha M. Cole <agatha@beverlypllc.com>

## 22-1877 USA v. Mykael Booker

1 message

**Robin Baker** <Robin_Baker@ca6.uscourts.gov>                                    Thu, May 28, 2026 at 1:49 PM
To: "agatha@beverlypllc.com" <agatha@beverlypllc.com>

Good afternoon, Ms. Cole,

This is to advise that the motion filed May 27, 2026, for an extension of time to file the reply brief will not receive any action as it was not properly docketed.  A deficiency was sent May 27, 2026, advising of this error and instructions were provided to refile as a motion to extend time to file brief.  To date, the motion has not been refiled.

I wanted to make sure you were aware of this issue and no ruling will be made on the previously filed motion.

Best,

Robin



**Robin L Baker, Case Manager**

*U.S. Sixth Circuit Court of Appeals*

*100 East Fifth Street*

*Cincinnati, Ohio  45202-3988*

*(513) 564-7014 direct dial*

robin_baker@ca6.uscourts.gov



<div align="right">Agatha M. Cole &lt;agatha@beverlypllc.com&gt;</div>

## Re: 22-1877 USA v. Mykael Booker

1 message

---

**Agatha M. Cole** <agatha@beverlypllc.com>                                                    Mon, Jun 1, 2026 at 6:42 PM
To: Robin Baker <Robin_Baker@ca6.uscourts.gov>

Dear Ms. Baker,

I re-filed the motion as requested on May 28th, and that motion has now been denied by the clerk's office without explanation.

As stated in the motion, the extension is being sought in light of *Hemani*, which is directly on point, and which the Supreme Court is expected to decide any day now as its term draws to a close. Moreover, the U.S. Attorney's Office provided its express consent to the extension.

I have never seen an extension request being denied in such circumstances. Is this some sort of clerical and/or docketing error?
--



**Agatha M. Cole** *(she/her)*

*Beverly PLLC*

   agatha@beverlypllc.com       +1 (828) 773-2628

   43 West 43rd Street, Suite 159, New York, NY 10036

On Thu, May 28, 2026 at 1:49 PM Robin Baker <Robin_Baker@ca6.uscourts.gov> wrote:

> Good afternoon, Ms. Cole,
>
> This is to advise that the motion filed May 27, 2026, for an extension of time to file the reply brief will not receive any action as it was not properly docketed. A deficiency was sent May 27, 2026, advising of this error and instructions were provided to refile as a motion to extend time to file brief.  To date, the motion has not been refiled.
>
> I wanted to make sure you were aware of this issue and no ruling will be made on the previously filed motion.
>
> Best,
>
> Robin
>
>
>
> **Robin L Baker, Case Manager**
>
> *U.S. Sixth Circuit Court of Appeals*
>
> *100 East Fifth Street*
>
> *Cincinnati, Ohio  45202-3988*
>
> *(513) 564-7014 direct dial*

robin_baker@ca6.uscourts.gov



Agatha M. Cole <agatha@beverlypllc.com>

## RE: 22-1877 USA v. Mykael Booker

1 message

**Robin Baker** <Robin_Baker@ca6.uscourts.gov>                                        Tue, Jun 2, 2026 at 7:44 AM
To: "Agatha M. Cole" <agatha@beverlypllc.com>

Good morning, Ms. Cole,

I apologize, I was out of the office yesterday and was not aware of the ruling.

This case is scheduled for a submission on the briefs date for July 29, 2026, and that may be the reason a second motion for a 30-day extension of time was denied to file the reply brief.

If you feel it is incorrect or an inappropriate ruling, you are welcome to file a motion to reconsider the previous order denying the 30-day extension.

Since the reply brief was due to be filed by May 27, 2026, if you anticipate filing one at this point, a separate motion for extension of time will be required since the reply brief is late.  The reply brief should be filed and a separate motion for extension of time should be filed as well.

If you have any questions, please feel free to let me know.

Best,

Robin



**Robin L Baker, Case Manager**

*U.S. Sixth Circuit Court of Appeals*

*100 East Fifth Street*

*Cincinnati, Ohio  45202-3988*

*(513) 564-7014 direct dial*

robin_baker@ca6.uscourts.gov

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Monday, June 1, 2026 6:42 PM
**To:** Robin Baker <Robin_Baker@ca6.uscourts.gov>
**Subject:** Re: 22-1877 USA v. Mykael Booker

**CAUTION - EXTERNAL:**

Dear Ms. Baker,

I re-filed the motion as requested on May 28th, and that motion has now been denied by the clerk's office without explanation.

As stated in the motion, the extension is being sought in light of *Hemani*, which is directly on point, and which the Supreme Court is expected to decide any day now as its term draws to a close. Moreover, the U.S. Attorney's Office provided its express consent to the extension.

I have never seen an extension request being denied in such circumstances. Is this some sort of clerical and/or docketing error?

--

**Agatha M. Cole** (*she/her*)
*Beverly PLLC*
agatha@beverlypllc.com  +1 (828) 773-2628
43 West 43rd Street, Suite 159, New York, NY 10036

On Thu, May 28, 2026 at 1:49 PM Robin Baker <Robin_Baker@ca6.uscourts.gov> wrote:

> Good afternoon, Ms. Cole,
>
> This is to advise that the motion filed May 27, 2026, for an extension of time to file the reply brief will not receive any action as it was not properly docketed.  A deficiency was sent May 27, 2026, advising of this error and instructions were provided to refile as a motion to extend time to file brief.  To date, the motion has not been refiled.
>
> I wanted to make sure you were aware of this issue and no ruling will be made on the previously filed motion.
>
> Best,
>
> Robin



**Robin L Baker, Case Manager**

*U.S. Sixth Circuit Court of Appeals*

*100 East Fifth Street*

*Cincinnati, Ohio  45202-3988*

*(513) 564-7014 direct dial*

robin_baker@ca6.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

robin_baker@ca6.uscourts.gov



<div align="right">Agatha M. Cole &lt;agatha@beverlypllc.com&gt;</div>

## Re: 22-1877 USA v. Mykael Booker

1 message

---

**Agatha M. Cole** &lt;agatha@beverlypllc.com&gt;        Tue, Jun 2, 2026 at 11:13 AM
To: Robin Baker &lt;Robin_Baker@ca6.uscourts.gov&gt;

Thank you, Robin. We appreciate the clarification. If all parties are in agreement about pushing back the submission date by roughly 30 days to ensure that both parties have an opportunity to weigh in on the impact of Hemani when it comes out, what would be the best way to proceed, in terms of making that request?

--



**Agatha M. Cole** *(she/her)*

*Beverly PLLC*

     agatha@beverlypllc.com      +1 (828) 773-2628

     43 West 43rd Street, Suite 159, New York, NY 10036

On Tue, Jun 2, 2026 at 07:44 Robin Baker &lt;Robin_Baker@ca6.uscourts.gov&gt; wrote:

Good morning, Ms. Cole,

I apologize, I was out of the office yesterday and was not aware of the ruling.

This case is scheduled for a submission on the briefs date for July 29, 2026, and that may be the reason a second motion for a 30-day extension of time was denied to file the reply brief.

If you feel it is incorrect or an inappropriate ruling, you are welcome to file a motion to reconsider the previous order denying the 30-day extension.

Since the reply brief was due to be filed by May 27, 2026, if you anticipate filing one at this point, a separate motion for extension of time will be required since the reply brief is late.  The reply brief should be filed and a separate motion for extension of time should be filed as well.

If you have any questions, please feel free to let me know.

Best,

Robin



Robin L Baker, Case Manager

*U.S. Sixth Circuit Court of Appeals*

*100 East Fifth Street*

*Cincinnati, Ohio  45202-3988*

*(513) 564-7014 direct dial*

robin_baker@ca6.uscourts.gov

---

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Monday, June 1, 2026 6:42 PM
**To:** Robin Baker <Robin_Baker@ca6.uscourts.gov>
**Subject:** Re: 22-1877 USA v. Mykael Booker

 **CAUTION - EXTERNAL:**

Dear Ms. Baker,

I re-filed the motion as requested on May 28th, and that motion has now been denied by the clerk's office without explanation.

As stated in the motion, the extension is being sought in light of *Hemani*, which is directly on point, and which the Supreme Court is expected to decide any day now as its term draws to a close. Moreover, the U.S. Attorney's Office provided its express consent to the extension.

I have never seen an extension request being denied in such circumstances. Is this some sort of clerical and/or docketing error?

--

**Agatha M. Cole** (*she/her*)
*Beverly PLLC*

agatha@beverlypllc.com                    +1 (828) 773-2628

43 West 43rd Street, Suite 159, New York, NY 10036

On Thu, May 28, 2026 at 1:49 PM Robin Baker <Robin_Baker@ca6.uscourts.gov> wrote:

Good afternoon, Ms. Cole,

This is to advise that the motion filed May 27, 2026, for an extension of time to file the reply brief will not receive any action as it was not properly docketed.  A deficiency was sent May 27, 2026, advising of this error and instructions were provided to refile as a motion to extend time to file brief.  To date, the motion has not been refiled.

I wanted to make sure you were aware of this issue and no ruling will be made on the previously filed motion.

Best,

Robin



**Robin L Baker, Case Manager**

*U.S. Sixth Circuit Court of Appeals*

*100 East Fifth Street*

*Cincinnati, Ohio  45202-3988*

*(513) 564-7014 direct dial*

robin_baker@ca6.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



Agatha M. Cole <agatha@beverlypllc.com>

## RE: 22-1877 USA v. Mykael Booker

1 message

**Robin Baker** <Robin_Baker@ca6.uscourts.gov>                                          Tue, Jun 2, 2026 at 11:21 AM
To: "Agatha M. Cole" <agatha@beverlypllc.com>

I would suggest a motion to continue oral argument for the electronic filing.  We do not have an entry to postpone submission on briefs, but I can edit the docket text once it is properly filed and then refer to the court for a ruling.  Please be certain to properly title the motion to continue submission on briefs date.

If both parties are in agreement, I would recommend either a stipulation or joint motion.  The docket text would be edited to reflect both parties are filing before referring to the court. In order for it to be a stipulation or joint motion, both electronic signatures should be contained on the filing as well.

I would also recommend making such filing sooner rather than later.  If I can answer any other questions, please let me know.

Thank you,

Robin



**Robin L Baker, Case Manager**

*U.S. Sixth Circuit Court of Appeals*

*100 East Fifth Street*

*Cincinnati, Ohio  45202-3988*

*(513) 564-7014 direct dial*

robin_baker@ca6.uscourts.gov

---

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Tuesday, June 2, 2026 11:14 AM
**To:** Robin Baker <Robin_Baker@ca6.uscourts.gov>
**Subject:** Re: 22-1877 USA v. Mykael Booker

**CAUTION - EXTERNAL:**

Thank you, Robin. We appreciate the clarification. If all parties are in agreement about pushing back the submission date by roughly 30 days to ensure that both parties have an opportunity to weigh in on the impact of Hemani when it comes out, what would be the best way to proceed, in terms of making that request?

--

**Agatha M. Cole** *(she/her)*

*Beverly PLLC*

☐ agatha@beverlypllc.com ☐ +1 (828) 773-2628
☐ 43 West 43rd Street, Suite 159, New York, NY 10036

On Tue, Jun 2, 2026 at 07:44 Robin Baker <Robin_Baker@ca6.uscourts.gov> wrote:

Good morning, Ms. Cole,

I apologize, I was out of the office yesterday and was not aware of the ruling.

This case is scheduled for a submission on the briefs date for July 29, 2026, and that may be the reason a second motion for a 30-day extension of time was denied to file the reply brief.

If you feel it is incorrect or an inappropriate ruling, you are welcome to file a motion to reconsider the previous order denying the 30-day extension.

Since the reply brief was due to be filed by May 27, 2026, if you anticipate filing one at this point, a separate motion for extension of time will be required since the reply brief is late.  The reply brief should be filed and a separate motion for extension of time should be filed as well.

If you have any questions, please feel free to let me know.

Best,

Robin



**Robin L Baker, Case Manager**

*U.S. Sixth Circuit Court of Appeals*

*100 East Fifth Street*

*Cincinnati, Ohio  45202-3988*

*(513) 564-7014 direct dial*

robin_baker@ca6.uscourts.gov

**From:** Agatha M. Cole <agatha@beverlypllc.com>
**Sent:** Monday, June 1, 2026 6:42 PM
**To:** Robin Baker <Robin_Baker@ca6.uscourts.gov>
**Subject:** Re: 22-1877 USA v. Mykael Booker

 **CAUTION - EXTERNAL:**

Dear Ms. Baker,

I re-filed the motion as requested on May 28th, and that motion has now been denied by the clerk's office without explanation.

As stated in the motion, the extension is being sought in light of *Hemani*, which is directly on point, and which the Supreme Court is expected to decide any day now as its term draws to a close. Moreover, the U.S. Attorney's Office provided its express consent to the extension.

I have never seen an extension request being denied in such circumstances. Is this some sort of clerical and/or docketing error?

--

**Agatha M. Cole** *(she/her)*
*Beverly PLLC*

agatha@beverlypllc.com                +1 (828) 773-2628

43 West 43rd Street, Suite 159, New York, NY 10036

On Thu, May 28, 2026 at 1:49 PM Robin Baker <Robin_Baker@ca6.uscourts.gov> wrote:

> Good afternoon, Ms. Cole,
>
> This is to advise that the motion filed May 27, 2026, for an extension of time to file the reply brief will not receive any action as it was not properly docketed.  A deficiency was sent May 27, 2026, advising of this error and instructions were provided to refile as a motion to extend time to file brief.  To date, the motion has not been refiled.
>
> I wanted to make sure you were aware of this issue and no ruling will be made on the previously filed motion.
>
> Best,
>
> Robin



**Robin L Baker, Case Manager**

*U.S. Sixth Circuit Court of Appeals*

*100 East Fifth Street*

*Cincinnati, Ohio  45202-3988*

*(513) 564-7014 direct dial*

robin_baker@ca6.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.