# **<u>Exhibit A</u>**

**Subject**: 22-1877 USA v. Mykael Booker
**From**: Robin Baker <Robin_Baker@ca6.uscourts.gov>
**To**: "agatha@beverlypllc.com" <agatha@beverlypllc.com>
**Date Sent**: Thursday, May 28, 2026 1:49:25 PM GMT-04:00
**Date Received**: Thursday, May 28, 2026 1:49:33 PM GMT-04:00

Good afternoon, Ms. Cole,

This is to advise that the motion filed May 27, 2026, for an extension of time to file the reply brief will not receive any action as it was not properly docketed. A deficiency was sent May 27, 2026, advising of this error and instructions were provided to refile as a motion to extend time to file brief. To date, the motion has not been refiled.

I wanted to make sure you were aware of this issue and no ruling will be made on the previously filed motion.

Best,

Robin

Robin L Baker, Case Manager

U.S. Sixth Circuit Court of Appeals

100 East Fifth Street

Cincinnati, Ohio 45202-3988

(513) 564-7014 direct dial

robin_baker@ca6.uscourts.gov

EXHIBIT A:        Email Correspondence with Clerk's Office        Page 1 of 5

**Subject**: Re: 22-1877 USA v. Mykael Booker
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: Robin Baker <Robin_Baker@ca6.uscourts.gov>
**Date Sent**: Monday, June 1, 2026 6:42:21 PM GMT-04:00

Dear Ms. Baker,

I re-filed the motion as requested on May 28th, and that motion has now been denied by the clerk's office without explanation.

As stated in the motion, the extension is being sought in light of *Hemani*, which is directly on point, and which the Supreme Court is expected to decide any day now as its term draws to a close. Moreover, the U.S. Attorney's Office provided its express consent to the extension.

I have never seen an extension request being denied in such circumstances. Is this some sort of clerical and/or docketing error?

EXHIBIT A:        Email Correspondence with Clerk's Office      Page 2 of 5

**Subject**: RE: 22-1877 USA v. Mykael Booker
**From**: Robin Baker <Robin_Baker@ca6.uscourts.gov>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>
**Date Sent**: Tuesday, June 2, 2026 7:44:08 AM GMT-04:00
**Date Received**: Tuesday, June 2, 2026 7:44:14 AM GMT-04:00

Good morning, Ms. Cole,

I apologize, I was out of the office yesterday and was not aware of the ruling.

This case is scheduled for a submission on the briefs date for July 29, 2026, and that may be the reason a second motion for a 30-day extension of time was denied to file the reply brief.

If you feel it is incorrect or an inappropriate ruling, you are welcome to file a motion to reconsider the previous order denying the 30-day extension.

Since the reply brief was due to be filed by May 27, 2026, if you anticipate filing one at this point, a separate motion for extension of time will be required since the reply brief is late. The reply brief should be filed and a separate motion for extension of time should be filed as well.

If you have any questions, please feel free to let me know.

Best,

Robin

Robin L Baker, Case Manager

U.S. Sixth Circuit Court of Appeals

100 East Fifth Street

Cincinnati, Ohio 45202-3988

(513) 564-7014 direct dial

robin_baker@ca6.uscourts.gov

EXHIBIT A:        Email Correspondence with Clerk's Office      Page 3 of 5

**Subject**: Re: 22-1877 USA v. Mykael Booker
**From**: "Agatha M. Cole" <agatha@beverlypllc.com>
**To**: Robin Baker <Robin_Baker@ca6.uscourts.gov>
**Date Sent**: Tuesday, June 2, 2026 11:13:45 AM GMT-04:00

Thank you, Robin. We appreciate the clarification. If all parties are in agreement about pushing back the submission date by roughly 30 days to ensure that both parties have an opportunity to weigh in on the impact of Hemani when it comes out, what would be the best way to proceed, in terms of making that request?

EXHIBIT A:        Email Correspondence with Clerk's Office      Page 4 of 5

**Subject**: RE: 22-1877 USA v. Mykael Booker
**From**: Robin Baker <Robin_Baker@ca6.uscourts.gov>
**To**: "Agatha M. Cole" <agatha@beverlypllc.com>
**Date Sent**: Tuesday, June 2, 2026 11:21:17 AM GMT-04:00
**Date Received**: Tuesday, June 2, 2026 11:21:20 AM GMT-04:00

I would suggest a motion to continue oral argument for the electronic filing. We do not have an entry to postpone submission on briefs, but I can edit the docket text once it is properly filed and then refer to the court for a ruling. Please be certain to properly title the motion to continue submission on briefs date.

If both parties are in agreement, I would recommend either a stipulation or joint motion. The docket text would be edited to reflect both parties are filing before referring to the court. In order for it to be a stipulation or joint motion, both electronic signatures should be contained on the filing as well.

I would also recommend making such filing sooner rather than later. If I can answer any other questions, please let me know.

Thank you,

Robin

Robin L Baker, Case Manager

U.S. Sixth Circuit Court of Appeals

100 East Fifth Street

Cincinnati, Ohio 45202-3988

(513) 564-7014 direct dial

robin_baker@ca6.uscourts.gov