**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 02, 2026

Ms. Agatha M. Cole
Beverly
43 W. 43rd Street
Suite 159
New York, NY 10036

    Re:  Case No. 22-1877
         *USA v. Mykael Booker*
         Originating Case No. 1:20-cr-00189-4

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                Sincerely yours,

                s/Kelly Stephens

                Appeal Case Manager: Robin
                Direct Dial No. 513-564-7014

cc: Ms. Kathryn M. Dalzell
    Mr. Austin J. Hakes
    Mr. John Jordan Schoettle

Enclosure