# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|                    | 100 EAST FIFTH STREET, ROOM 540 |                      |
|--------------------|----------------------------------|----------------------|
| Kelly L. Stephens  | POTTER STEWART U.S. COURTHOUSE   | Tel. (513) 564-7000  |
| Clerk              | CINCINNATI, OHIO 45202-3988      | www.ca6.uscourts.gov |

Filed: July 02, 2026

Ms. Agatha M. Cole
Beverly
43 W. 43rd Street
Suite 159
New York, NY 10036

    Re: Case No. 22-1877
       *USA v. Mykael Booker*
       Originating Case No. 1:20-cr-00189-4

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Robin
Direct Dial No. 513-564-7014

cc: Ms. Kathryn M. Dalzell
    Mr. Austin J. Hakes
    Mr. John Jordan Schoettle

Enclosure