Case No. 22-1877

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MYKAEL LEE BOOKER

Defendant - Appellant

Upon consideration of appellant's motion to reconsider the order filed June 1, 2026, and to extend and/or disregard the deadline seeking reconsideration,

It is **ORDERED** that the motion be and it hereby is **DENIED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: July 02, 2026