Case No. 22-1877

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

MYKAEL BOOKER,

*Defendant-Appellant.*

---

## MOTION FOR DE MINIMIS EXTENSION OF TIME
## TO EXCUSE LATE-FILED PETITION

---

Pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure, as well as 6 Cir. R. 26(a), the undersigned counsel respectfully moves for a *de minimis* five-minute extension of the filing deadline to excuse the late filing of the Petition for Panel Rehearing [CM/ECF No. 101] five minutes past the deadline, as follows:

1. The deadline for filing a Petition for Panel Rehearing (*i.e.,* 14 days following the entry of this Court's judgment) was August 5, 2026.

2. Counsel prepared and compiled the petition within the authorized parameters. However, during the final digital transmission and submission sequence through the Court's CM/ECF system, unexpected electronic processing delays occurred. As a result, the transaction was officially logged by the Clerk as completed at 12:05 AM on Aug 06, 2026—exactly five minutes past the midnight deadline.

3. Pursuant to 6 Cir. R. 26(a)(3), when a document is submitted after the filing deadline, the party must file a motion to extend the time explaining the

circumstances. Counsel files the instant motion immediately upon receiving the Notice of Docket Activity to clarify the circumstances of the transmission delay.

4. Appellant is currently in federal custody at F.C.I. McKean serving a 180-month prison sentence. Pursuant to 6 Cir. R. 26(a)(2), counsel notes that this status remains unchanged.

5. Under Federal Rule of Appellate Procedure 26(b), this Court may extend the time prescribed by the rules for good cause shown. A minor five-minute delay caused by unexpected portal upload times constitutes excusable neglect and good cause under the rules.

6. The *de minimis* delay has caused no prejudice to the Government and is not expected to disrupt the Court's administrative calendar or subsequent scheduling orders.

\*     \*     \*

Accordingly, the undersigned counsel asks the Court to grant this motion, excuse the brief five-minute transmission lag, and accept the Petition for Panel Rehearing as filed.

Date: August 6, 2026

Respectfully submitted,

By:    /s/ *Agatha M. Cole*
Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
Telephone: (828) 773-2628
Email: agatha@beverlypllc.com

*Counsel for Petitioner,*
*Defendant-Appellant, Mykael Booker*