Case No. 22-1877

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MYKAEL LEE BOOKER

Defendant - Appellant

BEFORE: CLAY, MURPHY, and BLOOMEKATZ, Circuit Judges.

Upon consideration of appellant's motion for an extension of time to file his petition for panel,

It is **ORDERED** that the motion be and it hereby is **GRANTED** and the petition is filed as of today's date.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: August 21, 2026