**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 03, 2026

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re: Case No. 22-1877
*USA v. Mykael Booker*
Originating Case No. 1:20-cr-00189-4

Dear Ms. Filkins,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Kelly Stephens
Appeal Case Manager: Robin

cc: Mr. Mykael Lee Booker
Ms. Agatha M. Cole
Ms. Kathryn M. Dalzell
Mr. Austin J. Hakes
Mr. John Jordan Schoettle

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 22-1877

Filed: September 03, 2026

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MYKAEL LEE BOOKER

Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 07/22/2026 the mandate for this case hereby issues today.

COSTS: None